IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOEL MCPHERSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-12-CA-851-HJB |
| ELITE COMMUNICATION SERVICES, INC., AND BOBBY LEE ZERINGUE, | § § § § | |
| Defendants. | § § | |

### ORDER OF DISMISSAL

Before the Court is the Parties' Joint Motion to Dismiss. (See Docket Entry 33.) After considering said motion, the Court **GRANTS** the dismissal. It is **ORDERED** that this case be **DISMISSED WITH PREJUDICE** as to all defendants.

It is **FURTHER ORDERED** that costs of court be borne by the party incurring.

**SIGNED** on October 21, 2013.

_____
Henry J. Bemporad
United States Magistrate Judge